IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. 9:16-cv-81247

CLINTON JONES, SR., individually as the Parent
of Corey Jones (deceased) and as the Personal
Representative of the Estate of COREY JONES,

    Plaintiff,
vs.

CITY OF PALM BEACH GARDENS and
NOUMAN RAJA, in his individual capacity,

    Defendants.
_____/

**DEFENDANT, CITY OF PALM BEACH GARDENS',**
**NOTICE OF CONVENTIONAL SERVICE OF PLEADING**

    Defendant, CITY OF PALM BEACH GARDENS, City of PBG, by and through its undersigned counsel, hereby gives notice that it has served its Motions to Dismiss (D.E. 5 and D.E. 6) by electronic mail to Skinner Louis, Esq., slouis@louisfirm.com.

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on this 18th day of July, 2016, I electronically filed the foregoing document with the Clerk of Court by using the CM/ECF system. I further certify that I either mailed the foregoing document and the Notice of Electronic Filing by first class mail or by electronic mail to any non CM/ECF participants and/or the foregoing document was served via transmission of Notice of Electronic Filing generated by CM/ECF to any and all active CM/ECF participants.

    JOHNSON, ANSELMO, MURDOCH, BURKE,
    PIPER & HOCHMAN, P.A.
    Attorneys for Defendant, CITY
    2455 East Sunrise Boulevard - Suite 1000
    Fort Lauderdale, Florida 33304
    (954) 463-0100 - Telephone
    (954) 463-2444 - Facsimile

    By:    */s/ Scott D. Alexander*
            E. BRUCE JOHNSON, FLA. BAR NO. 262137
            SCOTT D. ALEXANDER, FBN 057207

## SERVICE LIST

**Counsel for Plaintiff:**
Daryl D. Parks, Esq.
Benjamin L. Crump, Esq.
Anthony D. Thomas, Esq.
Parks Crump Attorney at Law
240 N. Magnolia Drive
Tallahassee, FL 32301
(850) 222-3333 - Telephone
dparks@parkscrump.com
Bcrump@parkscrump.com
anthonythomas@parkscrump.com

**Co-Counsel for Plaintiff:**
Skinner Louis, Esq.
The Louis Law Firm, PLLC
PO Box 540354
Orlando, FL 32854-0354
Office: 407-603-6044
Fax: 407-442-0547
Email: slouis@louisfirm.com

**Co-Counsel for Plaintiff:**
Kweku Darfoor, Esq.
Darfoor Law Firm, P.A.
333 Las Olas Way CU-1
Fort Lauderdale, FL 33301-2363
Office: 754-800-5657
Fax: 754-551-5495
Email: kdarfoor@darfoorlaw.com

---

**Attorneys for City of Palm Beach Gardens:**
E. Bruce Johnson, Esq.
Scott D. Alexander, Esq.
JOHNSON, ANSELMO, MURDOCH, BURKE, PIPER & HOCHMAN, P.A.
2455 East Sunrise Boulevard - Suite 1000
Fort Lauderdale, Florida 33304
(954) 463-0100 - Telephone
(954) 463-2444 - Facsimile
johnson@jambg.com
young@jambg.com
alexander@jambg.com
blanca@jambg.com