| | |
|---|---|
| CLINTON JONES, SR., as the sole survivor and Personal Representative of the Estate of Corey Jones deceased,<br>Plaintiff (s),<br>vs.<br>CITY OF PALM BEACH GARDENS, and NOUMAN RAJA,<br>Defendant (s) | UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF FLORIDA<br>CASE NO.: 9:16-cv-81247-Civ-Scola |

MEDIATION REPORT

The above styled case was mediated on 2-23-23 before Rodney Romano either pursuant to court order, or if not pursuant to court order, with the agreement of all participants that the privileges and rules of confidentiality would apply as if the meeting was pursuant to court order.  The mediation was conducted virtually.

The outcome was **SETTLED AS TO ALL ISSUES!**

Comments:

Respectfully submitted,

Rodney G Romano
Matrix Mediation, LLC
1655 Palm Beach Lakes Blvd.
Suite 700
West Palm Beach, Florida 33401
(561)-340-3500
rodney@matrixmediation.com
cell (561)-818-0001
FBN# 559482
CM# 12628R

MEDIATION REPORT - 1